# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAIMSOLUTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRITERION CLAIM SOLUTIONS OF OMAHA, INC., <br><br> Defendant. | 8:19CV539 <br><br> ORDER |

On December 11, 2019, the Office of the Clerk sent letters (Filing Nos. 4 and 5) to the following attorneys directing them to register for admission to practice in this court: **Patrick J. McAdams and Nathan A. Orr.**

As of January 7, 2020, the above attorneys have not complied with the Clerk's letter. Accordingly,

**IT IS ORDERED:** On or before **January 21, 2020**, the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 8th day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge